

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

August 26, 2021

*800 Lafayette St., Ste. 2100*
*Lafayette, LA 70501*
*337-593-5000*

Alicia Robinson Coles
c/o Nelson Welch Cameron
675 Jordan Street
Shreveport, LA 71101

Wal-Mart Louisiana LLC
c/o Stephen P. Beiser
McGlinchey Stafford
P O Box 60643
New Orleans, LA 70160-0643

Re:   Robinson-Coles v. Wal-Mart Stores Inc
      Case No.: 5:10-cv-01639

Dear All:

I have been contacted by Judge Donald E. Walter who presided over the above-mentioned case.

Judge Walter informed me that it has been brought to his attention that while he presided over the case, he owned stock in Wal-Mart. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Walter directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

With Advisory Opinion 71 in mind, you are invited to respond to Judge Walter's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before September 10, 2021. Any response will be considered by another judge of this court without the participation of Judge Walter.

                                              Sincerely,

                                              TONY R. MOORE
                                              Clerk of Court